UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZEXIN WAN,<br><br>Plaintiff,<br>v.<br><br>JOSEPH B. EDLOW,<br><br>Defendant. | Case No. 2:26-cv-01477RSL<br><br>STIPULATED MOTION TO STAY AND ORDER |

For good cause, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, the Parties hereby jointly stipulate and move to stay these proceedings for 30 days. Plaintiff brought this action pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status, application.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

With an additional 30 days, the claims in this litigation may be resolved without the need for further judicial intervention. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 30 days. The parties will submit a joint status report on or before the end of this period.

DATED this 31st day of July, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendant*

*I certify that this memorandum contains 191 words, in compliance with Local Civil Rules.*

*s/ Angelica Rice*
ANGELICA RICE*, FL No. 0124820
WR IMMIGRATION
1416 2nd Street
Santa Monica, CA 90401
Phone: 424-292-0867
Email: arice@wolfsdorf.com
**Pro Hac Vice*

*s/ Marc Zemel*
MARC ZEMEL, WSBA No. 44325
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, WA 98112
Phone: 206-860-2883
Email: marc@smithandlowney.com

*Attorneys for Plaintiff*

**ORDER**

The case is stayed. The parties shall submit a status update within 30 days of this Order.

It is so ORDERED.

DATED this 10th day of August, 2026.

ROBERT S. LASNIK
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970